**Order entered February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01574-CV

### IN THE INTEREST OF D.C., ET AL., MINOR CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-0462-X**

## ORDER

The reporter's record is overdue in this accelerated appeal. Appellant's docketing statement reflects the record was requested and payment arrangements were made for the record. Accordingly, this Court **ORDERS** Pamela Sumler, official court reporter of the 305th Judicial District Court, to file the reporter's record within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Pamela Sumler, official court reporter of the 305th Judicial District Court, and to counsel for all parties.


/s/     ELIZABETH LANG-MIERS
         JUSTICE